# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 16-70005

WALTER ALEXANDER SORTO,

       Petitioner–Appellant,

v.

LORIE DAVIS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,

       Respondent–Appellee.

Appeal from the United States District Court
for the Southern District of Texas

ON PETITION FOR REHEARING

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:

Treating Respondent–Appellee's petition for rehearing en banc as a petition for panel rehearing, the petition for panel rehearing is GRANTED. The prior opinion, *Sorto v. Davis*, 859 F.3d 356 (5th Cir. 2017), is withdrawn, and a revised opinion will be forthcoming.